1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11  DARNELL MCCOY,                              )  Case No.: 1:12-cv-01080 - AWI - JLT
                                               )
12              Plaintiff,                      )  ORDER GRANTING EXTENSION OF TIME
                                               )
13       v.                                     )  (Doc. 13)
                                               )
14  COMMISSIONER OF SOCIAL SECURITY,            )
                                               )
15                                              )
                Defendant.                      )
16  _____           )

17       On December 18, 2012, the parties filed a stipulation for Plaintiff to have an extension of thirty

18  days to submit a confidential brief to Defendant.  (Doc. 13).  The Scheduling Order allows a single

19  thirty-day extension by the stipulation of parties (Doc. 7 at 4), and this is the first extension requested

20  by the parties.   Accordingly, **IT IS HEREBY ORDERED**:

21       1.      Plaintiff's request for an extension of time is **GRANTED**.

22       2.      Plaintiff **SHALL** serve a confidential brief on or before January 21, 2013.

23

24  IT IS SO ORDERED.

25       Dated:   **December 19, 2012**                  **/s/ Jennifer L. Thurston**
26                                              UNITED STATES MAGISTRATE JUDGE

27

28

1