UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL MCCOY,<br><br>              Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>              Defendant. | ) Case No.: 1:12-cv-01080 - AWI - JLT<br>)<br>) ORDER DIRECTING DEFENDANT TO FILE A<br>) RESPONSE TO PLAINTIFF'S MOTION FOR<br>) ATTORNEY FEES UNDER THE EQUAL ACCESS<br>) TO JUSTICE ACT (DOC. 23) NO LATER THAN<br>) APRIL 11, 2014<br>)<br>) |

Plaintiff Darnell McCoy seeks an award of attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 3412(d) in the amount of $7,247.20.  (Doc. 23.)

Defendant **SHALL** file a response to the motion, either an opposition or a notice of non-opposition, no later than **April 11, 2014**.  Any reply by Plaintiff **SHALL** be filed no later than **April 18, 2014**.

IT IS SO ORDERED.

Dated:   **March 19, 2014**           /s/ Jennifer L. Thurston
                                                UNITED STATES MAGISTRATE JUDGE

1