UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL MCCOY,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:12-cv-01080 - AWI- JLT<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

On March 20, 2014, Plaintiff Darnell McCoy and Defendant Carolyn Colvin, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 25).

Accordingly, subject to the terms of the parties' stipulation, **IT IS HEREBY ORDERED**:

1. Plaintiff's motion for attorney fees (Doc. 23) be **TERMINATED as MOOT**; and
2. Fees and costs in the amount of $4,800.00 are **AWARDED** to Plaintiff, Darnell McCoy.

IT IS SO ORDERED.

Dated:   March 20, 2014                                         _____
                                                                                SENIOR  DISTRICT  JUDGE

1